Sergeant, Mitchell and Mathis, Inc., appellant, v. Mavar Fish and Oyster Company, appellee. Gen. No. 39,753.

**620**

Opinion filed May 11, 1938.

William K. Tell and John W. Dorgan, for appellant. Rosenberg, Toomin & Stein, for appellee; Leonard P. Aries, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.